UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EDUARDO RIVAS, | No. 1:26-cv-0201 DJC CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, | |
| Respondents. | |

The court previously determined the interests of justice require appointment of counsel for petitioner and directed the appointing authority for the Office of the Federal Defender to identify counsel. The Office of the Federal Defender has notified the court that Gene Vorobyov will represent petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Gene Vorobyov is appointed nunc pro tunc to January 27, 2026, to represent petitioner.

2. The Clerk of the Court shall provide Mr. Vorobyov with a copy of the petition for writ of habeas corpus filed January 12.

3. Petitioner, through counsel, is granted 14 days within which to file a motion for preliminary injunctive relief and / or amended petition for writ of habeas corpus.

4. The Clerk of the Court shall serve a copy of this order on the Federal Defender,

Attention: Habeas Appointment.

Dated:  January 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

riva0201.cja

2